RONALD CARR, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 37786.) –

710

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.  [30 Misc 2d 983.]